DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JACOB MALDONADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1154

_____

June 12, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.